```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/16/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MAXEN CAPITAL ADVISORS, LTD.,                :
                                             :
                              Plaintiff,     :
                                             :           1:24-cv-2231-GHW
              -against-                      :
                                             :                ORDER
PURE LITHIUM CORPORATION,                    :
                                             :
                              Defendant.     :
                                             :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On April 30, 2024, the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than May 14, 2024. Dkt. No. 10. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's April 30 order forthwith, and in no event later than May 23, 2024.

SO ORDERED.

Dated:  May 16, 2024
New York, New York                                 _____
                                                        GREGORY H. WOODS
                                                      United States District Judge