```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
MAXEN CAPITAL ADVISORS, LTD.,                 :
                                              :
                        Plaintiff,            :
                                              :         1:24-cv-2231-GHW
             -against-                        :
                                              :              ORDER
PURE LITHIUM CORPORATION,                     :
                                              :
                        Defendant.            :
                                              :
-------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated March 27, 2024, Dkt. No. 6, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than May 21, 2024. The Court has not received the joint status letter or proposed case management plan. The parties are directed to comply with the Court's March 27, 2024 order forthwith and in any event no later than May 24, 2024.

SO ORDERED.

Dated: May 23, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge