```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
MAXEN CAPITAL ADVISORS, LTD.,                    :
:
                             Plaintiff,    :    1:24-cv-02231-GHW
:
        -against-                               :    ORDER
:
PURE LITHIUM CORPORATION,                        :
:
                           Defendant.    :
:
------------------------------------------------------------------------X

GREGORY H. WOODS, District Judge:

      On March 20, 2025, the parties docketed a proposed protective order. Dkt. No. 42. The Court declines to take any action with respect to that proposed protective order because the parties failed to comply with the Court's Individual Rules of Practice in Civil Cases (the "Individual Rules"). The Court's Individual Rules contain a specific provision related to proposed protective orders. Individual Rule 4(D). Pursuant to Individual Rule 4(D), the proposed protective order should be filed as an attachment to a cover letter in accordance with Individual Rule 1(A). If the protective order proposed by the parties deviates from the Court's Model Protective Order, a blackline showing all deviations must be provided as a separate exhibit. If the protective order proposed by the parties does not deviate from the Court's Model Protective Order (other than changes to the caption and the signature block), the parties should expressly certify that fact in the cover letter accompanying the proposed protective order. The parties did not submit such a letter. The parties are directed to review and comply with the Court's Individual Rules. The Court will consider any proposed protective order presented to the Court in compliance with those rules.

      SO ORDERED.

Dated: March 22, 2025
New York, New York
                                                                       GREGORY H. WOODS
                                                                   United States District Judge