

August 22, 2025

**Via ECF**

Hon. Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/25/2025
```

**MEMORANDUM ENDORSED**

    Re:    *MaxEn Capital Advisors, Ltd. v. Pure Lithium Corporation*,
            Case No. 24-cv-2231

Dear Judge Woods,

    We represent defendant Pure Lithium Corporation ("Pure Lithium") in the above-referenced action and write to respectfully request an adjournment of the Local Rule 37.2 Conference scheduled for August 29, 2025 at 4:00 p.m. (ECF No. 51). The reason for the request is that the undersigned is scheduled to be on a family vacation from August 25 through September 2.

    I have conferred with counsel for Defendant who does not object to the adjournment request provided Pure Lithium does not include in its claim for delay the period of time between the filing of the joint discovery dispute letter and the conference before Your Honor, to which the undersigned agrees. The parties are both available at any time on September 3 or September 5, or after 12 p.m. on September 4. I thank the Court for its consideration of this request.

                      Respectfully submitted,

                      YANKWITT LLP

                      By:    /s/ Cassandra M. Vogel
                                Cassandra M. Vogel

cc:    All counsel of record

---

Application granted. The discovery conference scheduled for August 29, 2025 will instead take place on September 3, 2025 at 4:00 p.m. The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website. Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Individual Rules. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 52.

SO ORDERED.

Dated: August 25, 2025        _____
                                    GREGORY H. WOODS
                                 United States District Judge