UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

MAXEN CAPITAL ADVISORS, LTD.,                :
                                             :
                                             :
                            Plaintiff,       :
                                             :
        -against-                            :
                                             :
PURE LITHIUM CORPORATION,                    :
                                             :
                            Defendant.       :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/28/2026

1:24-cv-2231-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The Court held a final pretrial conference in this matter on January 20, 2026.  During that conference, Plaintiff raised that it may wish to call additional impeachment witnesses to speak to Ms. Bodoin's reputation for truthfulness.  FPTC Tr. at 62:20–23.  Accordingly, the Court directed counsel to meet and confer so that Plaintiff could "share the identities of [the] proposed witnesses with [Plaintiff's] adversary" and to afford Defendant the opportunity to identify additional witnesses of their own it may wish to call in response to Plaintiff's anticipated impeachment witnesses.  *Id.* at 63:14–16 (The Court:  "I want [Defendant] to have the opportunity to let me know who, if anyone, they may also call to respond to that character evidence.").

And the Court directed the parties to submit a joint letter one week from the date of the final pretrial conference.  As stated on the record, that joint letter should include:  (1) the identity of the proposed impeachment witnesses Plaintiff intends to call and the anticipated scope of those witnesses' testimony; (2) any witnesses Defendant may anticipate calling in response to Plaintiff's newly identified witnesses and the anticipated scope of those witnesses' testimony; and (3) the parties' respective positions as to granting Plaintiff leave to amend the joint pretrial order to add its

impeachment witnesses to the witness list "so long after the deadline for submitting the pretrial order." *Id.* at 21:16–22 (The Court: "We will then talk about whether [Plaintiff] should be permitted to add them to the witness list so long after the deadline for submitting the joint pretrial order. And we'll talk separately whether and to what extent their testimony should be permitted.").

No such joint letter has been submitted. Accordingly, the parties are directed to submit that joint letter forthwith and, in any event, no later than January 30, 2026.

SO ORDERED.

Dated: January 28, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge

2